```
                                FILED
                        CLERK, U.S. DISTRICT COURT

                            OCT 1 8 2010

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID VANCE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GEORGE A. NEOTTI, Warden,<br><br>　　　　Respondent. | NO. EDCV 10-876 JST (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) petitioner's motion for leave to file an amended petition is denied; and (2) the clerk is directed to close case number EDCV 10-876.

DATED: 10-18-10

　　　　　　　　　　　　　　　　　　　　／s／ Josephine S. Tucker
　　　　　　　　　　　　　　　　　　　　JOSEPHINE S. TUCKER
　　　　　　　　　　　　　　　　　　　　United States District Judge