FILED
CLERK, U.S. DISTRICT COURT

OCT 1 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DAVID VANCE,

            Petitioner,

        v.

GEORGE A. NEOTTI, Warden,

            Respondent.

NO. EDCV 10-876 JST (FFM)

JUDGMENT

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:   10·18·10

                            JOSEPHINE S. TUCKER
                          United States District Judge